JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PATTERSON, | NO. CV 13-4842-MWF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| PHILLIP GUTIERREZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 8, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge